**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eugene L. Grubby | Social Security number or ITIN xxx–xx–4020 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jacqueline A. Grubby | Social Security number or ITIN xxx–xx–7377 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    16–10809–MBK

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eugene L. Grubby                                    Jacqueline A. Grubby


3/30/21                                             **By the court:** Michael B. Kaplan
                                                                         United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                             Case No. 16-10809-MBK
Eugene L. Grubby                                   Chapter 13
Jacqueline A. Grubby
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 4
Date Rcvd: Mar 30, 2021      Form ID: 3180W           Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Eugene L. Grubby, Jacqueline A. Grubby, 177 Cookstown New Egypt Rd, Wrightstown, NJ 08562-1704 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515950370 | + | Ams Servicing Inc (Seneca Servicing), 3374 Walden Avenue, Suite 120, Depew, NY 14043-2437 |
| 516050388 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515950391 | + | Estate Information Services, LLC, EIS Collections, PO Box 1730, Reynoldsburg, OH 43068-8730 |
| 515973272 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 515950394 | | Frdm/cbsd, PO Box 2017, Elgin, IL 60121-2017 |
| 516170662 | + | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 515950395 | | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 516548903 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE, LLC, P.O. BOX 619096, DALLAS, TX 75261 |
| 515950399 | + | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 515950402 | + | Selip & Stylianou, LLP, PO Box 363, Woodbury, NY 11797-0363 |
| 515950404 | + | Suntrust/greensky/thd, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 515950413 | | Weisfield Jewelers/sterling Jewelers Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2021 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2021 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515950392 | | EDI: BANKAMER.COM | Mar 31 2021 00:38:00 | Fia Csna, Po Box 982235, El Paso, TX 79998 |
| 515950371 | | EDI: BANKAMER.COM | Mar 31 2021 00:38:00 | Bank Of America, Attention: Recovery Department, 4161 Piedmont Pkwy, Greensboro, NC 27410-8110 |
| 515950372 | | EDI: BANKAMER.COM | Mar 31 2021 00:38:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 516125894 | | EDI: BL-BECKET.COM | Mar 31 2021 00:38:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515950384 | | EDI: CITICORP.COM | Mar 31 2021 00:38:00 | Childrens Place/citicorp Credit Services, Attn: Citicorp Credit Services, PO Box 20507, Kansas City, MO 64195-0507 |
| 515950385 | | EDI: CITICORP.COM | Mar 31 2021 00:38:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, PO Box 20363, Kansas City, MO 64195-0363 |

Case 16-10809-MBK    Doc 48    Filed 04/01/21    Entered 04/02/21 00:16:59    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 30, 2021 | Form ID: 3180W | Total Noticed: 58 |

| | | | |
| --- | --- | --- | --- |
| 515950411 | EDI: CITICORP.COM | Mar 31 2021 00:38:00 | Texaco / Citibank, Citicorp Credit Services/Attn: Centraliz, PO Box 20507, Kansas City, MO 64195-0507 |
| 515950374 | + Email/Text: cms-bk@cms-collect.com | Mar 30 2021 21:03:00 | Capital Management Services, LP, 698 1/2 south ogden st, Buffalo, NY 14206-2317 |
| 515950375 | EDI: CAPITALONE.COM | Mar 31 2021 00:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 515972099 | EDI: CAPITALONE.COM | Mar 31 2021 00:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515950386 | EDI: CITICORP.COM | Mar 31 2021 00:38:00 | Citibank/citgo Oil, Citicorp Credit Services/Attn:Centralize, PO Box 790040, Saint Louis, MO 63179-0040 |
| 515950387 | EDI: CITICORP.COM | Mar 31 2021 00:38:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516124796 | Email/Text: litbkcourtmail@johndeere.com | Mar 30 2021 21:03:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 515950389 | Email/PDF: DellBKNotifications@resurgent.com | Mar 30 2021 22:14:04 | Dell Financial Services, Dell Financial Services Attn: Bankrupcty, PO Box 81577, Austin, TX 78708-1577 |
| 515982794 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2021 22:02:05 | Dell Financial Services LLC, c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 515959939 | EDI: DISCOVER.COM | Mar 31 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515950390 | + EDI: DISCOVER.COM | Mar 31 2021 00:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516114902 | EDI: ECAST.COM | Mar 31 2021 00:38:00 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 515950393 | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 30 2021 21:04:00 | Fifth Third Bank, Fifth Third Bank Bankruptcy Department,, 1830 E Paris Ave SE, Grand Rapids, MI 49546-6253 |
| 516138765 | + Email/Text: bankruptcy@greenskycredit.com | Mar 30 2021 21:02:00 | Home Depot Loan Services, Greensky, 1797 N.E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 515950378 | EDI: JPMORGANCHASE | Mar 31 2021 00:38:00 | Chase, Po Box 24696, Columbus, OH 43224 |
| 515950379 | EDI: JPMORGANCHASE | Mar 31 2021 00:38:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 518322860 | + Email/Text: BKRMailOps@weltman.com | Mar 30 2021 21:04:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Brooklyn Hts., OH 44131-1829 |
| 515950396 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 30 2021 21:02:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516101486 | + EDI: MID8.COM | Mar 31 2021 00:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516138634 | EDI: PRA.COM | Mar 31 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o CITGO CONSUMER, POB 41067, Norfolk VA 23541 |
| 516194221 | EDI: PRA.COM | Mar 31 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Childrens Place, POB 41067, Norfolk VA 23541 |
| 516145778 | EDI: PRA.COM | Mar 31 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Fred Meyer, POB 41067, Norfolk VA 23541 |
| 516138743 | EDI: PRA.COM | Mar 31 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o SHELL CONSUMER, POB 41067, Norfolk VA 23541 |
| 516145762 | EDI: PRA.COM | | |

Case 16-10809-MBK    Doc 48    Filed 04/01/21    Entered 04/02/21 00:16:59    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: 3180W | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 31 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 516138757 | | EDI: PRA.COM | Mar 31 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 515961633 | | EDI: Q3G.COM | Mar 31 2021 00:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 515950401 | + | EDI: CITICORP.COM | Mar 31 2021 00:38:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 515950405 | + | EDI: RMSC.COM | Mar 31 2021 00:38:00 | Syncb/bp Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 515950406 | + | EDI: RMSC.COM | Mar 31 2021 00:38:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 515950407 | + | EDI: RMSC.COM | Mar 31 2021 00:38:00 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 515950408 | | EDI: RMSC.COM | Mar 31 2021 00:38:00 | Synchrony Bank/jc Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515950409 | | EDI: RMSC.COM | Mar 31 2021 00:38:00 | Synchrony Bank/lowes, Attention: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 |
| 515950410 | | EDI: RMSC.COM | Mar 31 2021 00:38:00 | Synchrony Bank/pc Richard, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515950412 | + | EDI: URSI.COM | Mar 31 2021 00:38:00 | United Recovery Systems, LP, PO Box 722929, Houston, TX 77272-2929 |
| 517244712 | + | EDI: WFFC.COM | Mar 31 2021 00:38:00 | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700, WELLS FARGO BANK, N.A. 55121-7700 |
| 517244711 | | EDI: WFFC.COM | Mar 31 2021 00:38:00 | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516197898 | | Seneca Mortgage Servicing |
| 515950373 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515950376 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 515950377 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 515950388 | * | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 515950380 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515950381 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515950382 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515950383 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516548904 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, NATIONSTAR MORTGAGE, LLC, P.O. BOX 619096, DALLAS, TX 75261, NATIONSTAR MORTGAGE, LLC, P.O. BOX 619096, DALLAS, TX 75261 |
| 515950397 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067 |
| 515950398 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage |

|  |  |  |
|---|---|---|
|  |  | Llc, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 515950400 | *+ | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 515950403 | *+ | Selip & Stylianou, LLP, PO Box 363, Woodbury, NY 11797-0363 |
| 516200345 | ##+ | Seneca Mortgage Servicing LLC, 611 Jamison Road, Elma, NY 14059-9392 |

TOTAL: 1 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Lee Martin Perlman | on behalf of Joint Debtor Jacqueline A. Grubby ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Eugene L. Grubby ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com |
| Tammy L. Terrell | on behalf of Creditor SENECA MORTGAGE SERVICING LLC bankruptcy@fskslaw.com |

TOTAL: 7