Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16–10809–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eugene L. Grubby
177 Cookstown New Egypt Rd
Wrightstown, NJ 08562–1704

Jacqueline A. Grubby
177 Cookstown New Egypt Rd
Wrightstown, NJ 08562–1704

Social Security No.:
xxx–xx–4020

xxx–xx–7377

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 26, 2021

Michael B. Kaplan
Judge, United States Bankruptcy Court